UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

MAR - 5 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. |
| v. ) | |
| ) | 4:20CR164 HEA/JMB |
| JAMES M. LEACH, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 4, 2019, in the City of St. Louis within the Eastern District of Missouri,

**JAMES M. LEACH,**

the Defendant herein, did by force and violence or by intimidation take from the person and presence of an employee of the Great Southern Bank, a quantity of United States currency which represented deposits of the Great Southern Bank, which were then in the care, custody and control of the Great Southern Bank and federally insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Sections 2113 (a).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
J. CHRISTIAN GOEKE, #39462MO
Assistant United States Attorney